UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., and JOHN MEGGS, <br><br> Plaintiffs, <br><br> vs. <br><br> GATEWAY ARCH HOSPITALITY, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:18-cv-01655-HEA |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, THE INDEPENDENCE PROJECT, INC. and JOHN MEGGS, and the Defendant, GATEWAY ARCH HOSPITALITY, LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

| | |
|---|---|
| /s/ Jon G Shadinger Jr. (70443MO) | /s/ Emily E. Cantwell (63004MO) |
| Jon G. Shadinger Jr., Esq. <br> Shadinger Law, LLC <br> 100 S. 4th St., Suite 550 <br> St. Louis, MO 63102 <br> Tel: (314) 279-7416 <br> Fax: (314) 898-4053 <br> js@shadingerlaw.com <br> *Attorney for Plaintiff* | Emily E. Cantwell, Esq. <br> Lathrop Gage LLP <br> 7701 Forsyth Blvd., Suite 500 <br> Clayton, MO 63105 <br> Tel: (314) 613-2800 <br> Fax: (314) 613-2801 <br> ecantwell@lathropgage.com <br> *Attorney for Defendant* |
| Date: March 20, 2019 | Date: March 20, 2019 |

9

30821701v.1